IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .** | ) | Criminal No. 3:26-MJ-240 (MJK) |
| **Criminal Complaint** | ) | |
| | ) | **Unsealing Order** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following document: Criminal Complaint filed on October 9, 2026 in Criminal No. 3:26-MJ-240 (MJK). The reasons provided for the sealing of such document are no longer applicable.

Accordingly, it is hereby ordered that the following document: Criminal Complaint filed on October 9, 2026 in Criminal No. 3:26-MJ-240 (MJK) is unsealed.

IT IS SO ORDERED.

Dated and entered this 14th day of October, 2026.

Mitchell J Katz
Digitally signed by Mitchell J Katz
Date: 2026.10.14 13:49:15 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge